1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>        Plaintiff,<br><br>  vs.<br><br>CARNICERIA LOS COMPADRES MEAT MARKET, INC., a California corporation; CHUNG SOONKYO LLC, a California limited liability company; and DOES 1-10,<br><br>        Defendants. | Case No.: 2:23-cv-07342-TJH-JPRx<br><br>ORDER OF DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: May 8, 2024

_____
Hon. Terry J. Hatter, Jr
United States District Judge